# EXHIBIT A

> At an IAS Part ____ of the Civil Court of the State of New York, held in and for the County of Queens, at the Courthouse located at 88-17 Sutphin Blvd. Jamaica, New York, 11435 on the _____ day of _____ 2017.

PRESENT:

                           Justice

CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------X
JANICE BUCZKOWSKI,

                           Plaintiffs,        **ORDER TO SHOW CAUSE**

-against-

JET BLUE AIRWAYS CORPORATION and AFCO/
AVPORT MANAGEMENT, LLC.,        Index No.: TS-300408-16/QU

                           Defendants.
-----------------------------------------------------------------X

Upon the annexed Affirmation of Michael J. Asta, Esq. of the law firm of Asta & Associates, P.C. located at 450 7th Ave., Suite 2205, New York, New York 10123, dated the 15th day of September, 2011, and upon all of the exhibits annexed thereto; and upon all the pleadings and proceedings heretofore had herein, let the respondents Optum and United Healthcare Services show cause before this Court at an IAS Part 30 Room 308 of the Civil Court of the State of New York, held in and for the County of Queens, at the Courthouse located at 88-17 Sutphin Blvd., Jamaica, New York 11435 on the 27 day of October, 2017, at 9:30 in the forenoon of that day or as soon thereafter as counsel can be heard, why an Order should not be made and entered extinguishing the purported liens and/or subrogation rights asserted by the respondents herein, and awarding costs and fees to the plaintiff, and for such other and further relief as to this Court may seem just and proper.

Let service of a copy of this Order upon the respondents Optum, 11000 Optum Circle, MN 102-0300, Eden Prairie, MN 55344 and United Healthcare Services, 1 Pennsylvania Plaza, #8, New York, N.Y. 10119, by personal service pursuant to CPLR 308, by certified mail, return receipt requested, or by regular mail; and upon the defendants by service upon their attorneys of record by personal service pursuant to CPLR 308, by certified mail, return receipt requested, or by regular mail; on or before the 3rd day of October, 2017 be deemed good, timely, and sufficient service and notice hereof.

SEP 19 2017

ENTER,

_____
J. S. C.

HON. MOJGAN C. LANGMAN

ON ALL ORDERS TO SHOW CAUSE THE ORIGINAL COPY TOGETHER WITH AFFIDAVIT OF SERVICE MUST BE SUBMITTED TO CLERK'S OFFICE 48 HOURS PRIOR TO COURT DATE.

2