# EXHIBIT B

50 7th Ave. Suite 2205
Y. NY. 10123

United Health Care Services
1 Pennsylvania Plaza, #8
NY, NY. 10119

## UPS CampusShip: View/Print Label

1. Ensure there are no other shipping or tracking labels attached to your package. Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. Fold the printed label at the solid line below. Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. GETTING YOUR SHIPMENT TO UPS
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

| UPS Access Point™ | UPS Access Point™ | UPS Access Point™ |
|---|---|---|
| THE UPS STORE | THE UPS STORE | DEEPCHHAYA DELI & GROCERY |
| 1 PENN PLZ | 1357 BROADWAY | 334 W 37TH ST |
| NEW YORK, NY 10119 | NEW YORK, NY 10018 | NEW YORK, NY 10018 |

FOLD HERE



```
CARLOS ABAYA                           0.1 LBS   LTR    1 OF 1
UNITEDHEALTH GROUP NY036
ONE PENN PLAZA
NEW YORK, NY 10119

SHIP TO:
   REBECCA THOMPSON
   866-737-8844
   UNITEDHEALTH GROUP
   LEGAL INTAKE
   MN008
   9900 BREN ROAD E
   MINNETONKA  MN 55343-9664

                MN 559 9-08

UPS NEXT DAY AIR
TRACKING #: 1Z 401 7W2 01 9725 2620

BILLING: P/P

GL Code: 200250020020USANY812200660
Ref 3: Legal Intake
```

RECEIVED OCT 0 3 2017
CORPORATE LEGAL INTAKE
BY: _____