# EXHIBIT C

| | |
|---|---|
| **From:** | masta@astalaw.com |
| **Sent:** | Thursday, September 28, 2017 5:48 PM |
| **To:** | Kucaba, Vicki A |
| **Subject:** | Janice Buczkowski Your file 29607299 |
| **Attachments:** | Bucz - OTSC_LIEN.pdf |

Dear Ms. Kucaba,

Attached please find our Order to Show Cause regardi=g this matter.

Regards,

Michael Asta
Asta & Associates, P.C.
450 7th Ave. Suite 2205
New York, N.Y. 10123
phone: (212)244-6555
fax: (212)244-4757

744 Broad St., 16th fl.
Newark, N.J. 07102
phone: (973) 735-0549
fax: (973) 735-0558

masta@astalaw.com
www.astalaw.com